IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action Nos. 17-215-M |
| ) | 17-216-M |
| ROGER MERCEDES, KEITH LENDHOF, ) | 17-217-M |
| ANGEL CESAR, & RED PICHARDO, ) | 17-218-M |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, Acting United States Attorney for the District of Delaware, and Christopher L. de Barrena-Sarobe, Special Assistant United States Attorney for the District of Delaware, hereby moves pursuant to Rule 48 of the Federal Rules of Criminal Procedure for this Honorable Court to dismiss the criminal complaints against the above captioned Defendants, as the dismissal is in the interests of justice.

DAVID C. WEISS
Acting United States Attorney

By: /s/ Christopher L. de Barrena-Sarobe
Christopher L. de Barrena-Sarobe
Special Assistant United States Attorney

Dated: December 14, 2017

**IT IS SO ORDERED** this _14_ day of December, 2017.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

2017 DEC 14 PM 5:11